


# SHEET METAL WORKERS
# INTERNATIONAL ASSOCIATION
# LOCAL #18 - WISCONSIN
# AFL-CIO

5425 WEST VLIET STREET
MILWAUKEE, WI 53208-2118

Telephone: (414) 778-1100 • Toll Free (In United States) 1-800-242-5822 • Fax: (414) 778-0987

## LETTER OF ASSENT

This agreement is entered into between _Monroe Mechanical LLC_ (hereinafter referred to as the *"Employer"*) and Sheet Metal Workers' Local No. 18 (hereinafter referred to as the *"union"*).

The Employer agrees to be bound by the current standard area agreements within the geographical jurisdiction of Sheet Metal Workers' Local No. 18. The Employer further acknowledges that the Union has demonstrated that it represents a majority of the Employer's employees in the bargaining unit covered by the aforesaid labor agreements within the geographical jurisdiction of Sheet Metal Workers' Local No. 18. Therefore, the Employer recognizes the Union as the exclusive bargaining representative under Section 9(a) of the National labor Relations Act for all employees performing work within the bargaining unit covered by these agreements within the geographical jurisdiction of the Union. The parties further agree that they shall be bound by any successor agreement to the standard area agreements within the jurisdiction of Local 18 unless written notice is given at least ninety (90) but no more than one hundred twenty (120) days prior to the expiration of any such agreement that a party does not intend to be bound by the successor agreement to that particular agreement.

| EMPLOYER | SHEET METAL WORKERS LOCAL #18 |
|---|---|
| BY _Brenda Broquet_ | BY _Todd Blan_ |
| TITLE _Owner_ | TITLE _Vice Pres /Bus Rep._ |
| DATE _Sept 1- 2009_ | DATE _9/1/09_ |

EXHIBIT A