UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and WISCONSIN
SHEET METAL WORKERS LOCAL 18 RETIREMENT
FUND and PATRICK LANDGRAF (in his capacity as Trustee),**

**SHEET METAL WORKERS UNION, LOCAL 18,**

**SHEET METAL WORKERS' NATIONAL PENSION FUND,
SHEET METAL OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND, NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, NATIONAL TRAINING FUND
FOR THE SHEET METAL AND AIR CONDITIONING
INDUSTRY and BOARD OF TRUSTEES, SHEET
METAL WORKERS' NATIONAL PENSION FUND,**

                Plaintiffs,

vs.                                      Case No. 10-cv-257

**MONROE MECHANICAL, LLC and
BRENDA JO BREAULT,**

                Defendants.

---

ENTRY OF DEFAULT OF DEFENDANT
BRENDA JO BREAULT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that Defendant Brenda Jo Breault has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Brenda Jo Breault pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 8th day of July, 2010.

_Peter Oppeneer_
Clerk of Court